IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.          :    No. 2:06-mj-0379-TK
                                     MAGISTRATE JUDGE KEMP

WILLIAM E. MYERS

O R D E R

Upon application and for good cause shown (Docket #10), the United States Attorney is hereby granted leave to file a dismissal of the Complaint filed in the United States District Court against the named defendant. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

/s/ Terence P. Kemp
United States Magistrate Judge